1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  MARK L. KROTOSKI (CABN 138549)
   Chief, Criminal Division
4  JOHN N. GLANG  (GUAMBN 94012)
   Assistant United States Attorney
5
6  150 Almaden Boulevard, Suite 900
   San Jose, California 95113
7  Telephone: (408)-535-5084
   Fax: (408)-535-5066
8  E-Mail: John.Glang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. 06-70704-PVT |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF DISMISSAL |
| LEONARD MICHAEL LOREDO, | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint without prejudice as to defendant Leonard Michael Loredo.

DATED: 4/20/07

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

MATTHEW A. PARRELLA
Chief, San Jose Branch

NOTICE OF DISMISSAL - 06-70704-PVT

1 | Leave of Court is granted to the government to dismiss that complaint without prejudice as to
2 | defendant Leonard Michael Loredo.

Date: 4/30/07

PATRICIA V. TRUMBULL
United States Magistrate Judge

NOTICE OF DISMISSAL - 06-70704-PVT    2